**Ernest MAYS, Jr., Plaintiff-Appellee,**

v.

**Louis S. NELSON, Warden, San Quentin Prison, et al., Defendants-Appellants.**

**No. 71-1655.**

United States Court of Appeals, Ninth Circuit.

Dec. 27, 1973.

Before KOELSCH, BROWNING and ELY, Circuit Judges.

### ORDER

On petition for certiorari, the judgment of this court reported at 464 F.2d 585 was vacated and the cause remanded to this court for further consideration in light of Gagnon v. Scarpelli, 411 U.S. 778, 93 S.Ct. 1756, 36 L.Ed.2d 656 (1973).

Upon further consideration, it is ordered that the judgment of the district court be, and it is hereby, vacated; and the cause is remanded to the District Court for the Northern District of California, 323 F.Supp. 587 for further consideration in light of Gagnon v. Scarpelli.

**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**DOLLAR GENERAL CORPORATION, Respondent.**

**No. 71-1984.**

United States Court of Appeals, Sixth Circuit.

Argued May 22, 1972.

Decided June 1, 1972.

Peter G. Nash, Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, John D. Burgoyne, Jay E. Shanklin, Attys., National Labor Relations Board, Washington, D. C., on brief, for petitioner.

Dick L. Lansden, William P. Johnston, Nashville, Tenn., on brief, for respondent.

Before CELEBREZZE and PECK, Circuit Judges, and O'SULLIVAN, Senior Circuit Judge.

### ORDER

This cause came on to be heard upon the record on appeal and the briefs and arguments of counsel, and upon due consideration thereof and of the factual situation as set out in the record and the report of the case, 189 NLRB No. 41, it appears to the Court that the findings and order of the Board are supported by substantial evidence on the record as a whole.

Now, therefore, it is ordered that the order of the Board be, and it is, hereby enforced.